UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**UNITED STATES OF AMERICA,**

    v.

**KEITH DRUMMOND,**

    **Defendant.**

Civil Action 2:17-cr-140
Chief Judge Edmund A. Sargus, Jr.

## OPINION AND ORDER

This matter is before the Court on Defendant's Motion to Suppress and Motion for Severance (ECF Nos. 35, 36), and the Government's Memorandums in Opposition. (ECF Nos. 37, 38.) The Court held a hearing on February 16, 2018. For the reasons explained in open court at the Hearing, Defendant's Motion to Suppress is **DENIED** and Defendant's Motion for Severance is **DENIED**.

    **IT IS SO ORDERED.**

2-16-2018
**DATE**

**EDMUND A. SARGUS, JR.**
**CHIEF UNITED STATES DISTRICT JUDGE**